# Exhibit B



Can't record the screen